MAUDE B. BOOTH and Another, Executors and Trustees, etc., of ARNOLD BOOTH, Deceased, Appellants, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

WICENTY DZIKOWSKI, as Administrator, etc., of CASIMER DZIKOWSKI, Sometimes Known as CHARLES JACKSON, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, and Another.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JOHN SHELLEY, Appellant, v. ANTHONY BRADY and JOSEPH A. BRADY, Doing Business as BRADY BROS., Respondents.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

LUCY L. SALAMINA, an Infant, by ANGELO SALAMINA, Her Guardian ad Litem, Respondent, v. JAMES DELLAQUELLA, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

FRED J. MURPHY, Appellant, v. RICHARD H. CLARK and Another, Respondents.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

ALBERT BRENNAN, an Infant, by RICHARD J. BRENNAN, His Guardian ad Litem, Respondent, v. DANIEL J. BORAH, Appellant. MYRON BRENNAN, an Infant, by RICHARD J. BRENNAN, His Guardian ad Litem, Respondent, v. DANIEL J. BORAH, Appellant.— Orders reversed, on the law and facts, and verdicts reinstated, with costs in one action, upon the ground that the facts proved justified the verdicts. Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

FRED L. ANDERSON, Respondent, v. BETSY I. MACPHERSON, Appellant.— Judgment and order reversed on the law and new trial granted, with costs to the appellant to abide the event, on the ground that there was no evidence of lawful consideration for defendant's promise to pay. Van Kirk, P. J., Davis and Whitmyer, JJ., concur; Hill and Hasbrouck, JJ., dissent and vote for affirmance on the ground that the evidence showed there was a consideration.

NATHAN GEIGER and Another, Appellants, v. THE CITY OF SARATOGA SPRINGS and Another, Respondents.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

PEARL C. RANDALL, Appellant, v. ELMER A. RANDALL, Respondent.— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the defendant has not shown sufficient grounds for modification of the judgment in respect to alimony. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

VILLAGE OF CHATEAUGAY, Respondent, v. CHASM POWER COMPANY and Others, Appellants.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

WILLIAM A. WEST, by His General Guardian, BERT E. WEST, Appellant, v. THE DELAWARE AND HUDSON COMPANY, Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.